

ORIGINAL

FILED

09/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

SEP 07 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
ROBERT A. ROSENQUIST

ORDER

Robert A. Rosenquist has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Rosenquist's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Rosenquist passed the MPRE in 1997 when seeking admission to the practice of law in Texas. Rosenquist was admitted to the State Bar of Texas in 2000 and is in good standing. The petition states that Rosenquist has been "practicing law ethically and without incident" since 2000. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Robert A. Rosenquist to waive the three-year test requirement for the MPRE for purposes of Rosenquist's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 7th day of September, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2